DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER ADKINS** and **MISTY ADKINS,**
Appellants,

v.

**ROY KATZIN, M.D., SPECIALISTS ON CALL, INC.,** a Foreign Profit
Corporation, **TELE-PHYSICIANS, P.C.,** a Georgia Professional
Corporation and Foreign Profit Corporation d/b/a **SPECIALISTS ON
CALL PHYSICIANS** and d/b/a **FLORIDA TELE-PHYSICIANS,
SPECIALISTS ON CALL PHYSICIANS CORPORATION,** a Foreign Profit
Corporation, and **NAPLES HMA, LLC** d/b/a **PHYSICIANS REGIONAL
MEDICAL CENTER,**
Appellees.

No. 4D20-2271

[April 1, 2021]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth
Judicial Circuit, Palm Beach County; James L. Martz, Judge; L.T. Case
No. 50-2018-CA-011468-XXXX-MB.

Robert C. Hubbard and George A. Vaka of Vaka Law Group, P.L.,
Tampa, for appellants.

Michael R. D'Lugo of Wicker, Smith, O'Hara, McCoy & Ford, P.A.,
Orlando, for appellee Naples HMA, Inc. d/b/a Physicians Regional Medical
Center.

Ilisa W. Hoffman and Kelly A. Fernandes of Hoffman Law Group, P.A.,
Coral Gables, for appellees Roy Katzin, M.D., Specialists On Call, Inc., and
Specialists On Call Physicians Corporation.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN and FORST, JJ., concur.

\*            \*            \*

*Not final until disposition of timely filed motion for rehearing.*